IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL A. WALKER JR., : | |
| : | |
| Plaintiff/Counter-Defendant : | |
| : | |
| v. : | CIVIL ACTION FILE |
| : | NO. 1:15-CV-00761-LMM |
| CHIMNEY SOLUTIONS, INC., : | |
| JOHN SUSONG & CHRISTIAN LEBLANC : | |
| : | |
| Defendants/Counter-Plaintiffs | |

_____

ORDER

Plaintiff Michael A. Walker, Jr., ("Plaintiff" or "Walker") brought this action pursuant to the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. §§ 201 et seq., against Defendants Chimney Solutions, Inc. ("Chimney Solutions"), John Susong ("Susong") and Christian Leblanc ("Leblanc") (hereinafter collectively "Defendants"). Before the court is the [9] Joint Motion for Approval of Settlement of Plaintiffs Claims Under the Fair Labor Standards Act.

Prior to the approval of an FLSA settlement, the Court must scrutinize the settlement to determine whether it is a fair and reasonable resolution of a bona fide dispute. The Court held a hearing on this matter on June 1, 2015. The transcript of this hearing provides a detailed discussion of the Parties' arguments and the Court's rulings regarding this Motion.

1

After reviewing the Parties' submissions, the entirety of the record and the Parties' arguments, the Court enters the following order **GRANTING IN PART and DENYING IN PART** the Parties' Motion.

The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the dispute with the exception of Paragraphs 4(c) and 4(f), which contain confidentiality provisions. Because these confidentiality provisions impermissibly frustrate the implementation of the FLSA, the Court hereby STRIKES Paragraphs 4(c) and 4(f). The remainder of the settlement is approved. Accordingly, the Parties' [9] Joint Motion for Approval of Settlement of Plaintiff's Claims Under the Fair Labor Standards Act is **GRANTED** with the exception of Paragraphs 4(c) and 4(f) which are **STRICKEN.**

As a result of this Order, all claims under the FLSA of Walker have been resolved and settled, including Plaintiff's attorneys' fees and costs.

IT IS SO ORDERED this 10th day of June, 2015.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE